**Order entered January 11, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00568-CR

### JULIUS ERVING CHAPMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 21-00408-86-F**

## ORDER

The State's second motion for extension of time to file its brief is **GRANTED**, and we **ORDER** the brief filed on or before January 27, 2023.

/s/    DENNISE GARCIA
        JUSTICE